## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NUMBER: 7:13-CR-7 (HL) |
| | : |
| KENNETH E. HENDERSON | : |
| _____ | : |

### ORDER OF CONTINUANCE

The defendant in the above-styled case was indicted on March 14, 2013. Defendant made his initial appearance on March 25, 2013, and was arraigned on April 10, 2013. The parties continue to actively engage in discovery and plea negotiations aimed at resolving the matter. The defendant is currently not in custody, having been released on bond. The parties have jointly moved of this continuance to permit time to resolve the matter.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued hereafter to the next regularly scheduled term of Court for the Valdosta Division of this district and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. § 3161(h).

It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The Court finds that failure to grant such continuance could result in a miscarriage of justice, 18 U.S.C. § 3161(h)(8)(B)(i), and that failure to grant such continuance would deny counsel for the defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § (h)(8)(B)(iv).

SO ORDERED, this __5th__ day of __June__, 2013.

                                                             __s/ Hugh Lawson__
                                                             HUGH LAWSON
                                                             UNITED STATES DISTRICT JUDGE

Presented by:
ROBERT D. McCULLERS
S/ROBERT D McCULLERS
ASSISTANT UNITED STATES ATTORNEY